BURNS, Respondent, *v.* SWAN, Appellant.

*(Common Pleas of New York City and County, General Term.* March 7, 1892.)

Appeal from first district court.

Action by Jabez Burns against William J. Swan.

Argued before BOOKSTAVER and BISCHOFF, JJ.

*Janeway, Thatcher & Richards,* for appellant. *Johnston & Johnston,* for respondent.

BOOKSTAVER, J. This action was brought to recover for services in appraising damages by fire to the machinery of Loudon & Johnson. The evidence as to the rendition of the services sued for was practically admitted upon the trial, and the value of such services was not disputed; the only question being whether the defendant was bound to pay for the services rendered by the plaintiff, and, if so, whether the action was prematurely brought. After an examination of the evidence, we think the liability of the defendant to pay the plaintiff was clearly established, and that the judgment of the court below was right in that particular. We also think that, under the agreement between the defendant and Loudon & Johnson, the action was not prematurely brought. The former had received from the latter $560.79, much more than sufficient to pay for these services; and the defendant admitted that he was to pay all disbursements made by them. Whether anything was due from Loudon & Johnson to the defendant at the time this action was brought was a matter in dispute between them. It was not for the court below, nor is it for this court, to determine whether anything was due or not. This judgment will not in any way prejudice the defendant in his contention with Loudon & Johnson. The judgment should therefore be affirmed, with costs.

---

COMPTON, Respondent, *v.* HEISSENBUTTEL *et al.,* Appellants.

*(Common Pleas of New York City and County, General Term.* March 7, 1892.)

Motion by defendants (appellants) for reargument. Denied.

For decision on appeal, see 16 N. Y. Supp. 524.

Argued before BOOKSTAVER, BISCHOFF, and PRYOR, JJ.

*Hyland & Zabriskie,* for appellants. *Putney, Bishop & Slade,* for respondent.

PER CURIAM. It is not contended that any authority or question decisive of this case was overlooked by this court in rendering its decision on the appeal herein. On the contrary, the opinion shows that the question raised on the motion was the very question discussed. We are asked to review the conclusion of a former general term on a question of construction which depends largely on the evidence. If such practice were encouraged, there would be no end to litigation. The motion must be denied, with $10 costs.